MARIA A. PFEIFFER, RESPONDENT, v. JAMES E. CROSS-
LEY, APPELLANT.

Submitted December 9, 1918—Decided February 6, 1919.

On appeal from the Supreme Court, whose opinion is re-
ported in 91 N. J. L. 433.

For the respondent, *Louis J. Beers.*

For the appellant, *Abner Kalisch.*

PER CURIAM.

The judgment under review herein should be affirmed, for
the reasons expressed in the opinion delivered by Mr. Justice
Parker in the Supreme Court.

*For affirmance*—THE CHANCELLOR, SWAYZE, TRENCHARD,
BERGEN, MINTURN, BLACK, WHITE, HEPPENHEIMER, WIL-
LIAMS, GARDNER, JJ.    10.

*For reversal*—None.